```
               UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

                  Holding a Criminal Term

            Grand Jury Sworn in on November 3, 2006
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO._____ |
| | ) | |
| | ) | GRAND JURY ORIGINAL |
| v. | ) | |
| | ) | VIOLATIONS: |
| YAHYA ALI ZAITAR, | ) | |
|     A/K/A YEHYA ALI DAOUD | ) | |
|         ZEITER, | ) | 21 U.S.C. §§ 963, 960, 952 and 959 |
|     A/K/A ABU RABIH, | ) | Conspiring To Import Heroin |
| | ) | and To Manufacture and |
| | ) | Distribute Heroin Knowing and |
| | ) | Intending That It Will Be |
| | ) | Imported Into the United |
| | ) | States |
| | ) | |
|             Defendant. | ) | 18 U.S.C. §2 |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | 21 U.S.C. §§853 and 970 |
| | | Criminal Forfeiture |

## **INDICTMENT**

THE GRAND JURY CHARGES THAT:

## **COUNT ONE**

From in or about May 2007 and continuing thereafter up to and including the date of the filing of this Indictment, the exact dates being unknown to the Grand Jury, in Paraguay, Brazil,

Romania, and elsewhere, the defendant, YAHYA ALI ZAITAR, A/K/A YEHYA ALI DAOUD ZEITER, A/K/A ABU RABIH, did knowingly and unlawfully combine, conspire, confederate and agree with others known and unknown to the Grand Jury to commit the following offenses against the United States: (1) to knowingly and intentionally import 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance, into the United States from the Middle East, in violation of Title 21, United States Code, Sections 952 and 960, and (2) to knowingly and intentionally distribute 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a) and 960.  All in violation of Title 21, United States Code, Sections 960, 963, and Title 18, United States Code, Section 2.

**FORFEITURE ALLEGATION**

Upon conviction of the criminal violation alleged in Count One of the Indictment, the defendant, YAHYA ALI ZAITAR, A/K/A YEHYA ALI DAOUD ZEITER, A/K/A ABU RABIH,

(1) shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all respective right, title or interest which such defendant may have in:

    (a) any and all money and/or property constituting, or derived from, any proceeds which such defendant obtained, directly or indirectly, as the result of the violation alleged in Count One of this Indictment; and

    (b) any and all property used, in any manner or part, to commit, or to facilitate the commission of, the violations alleged in Count One of this Indictment.

(2) If any of said forfeitable property, as a result of any act or omission of the defendant --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property. Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.

                                        A TRUE BILL:

                                        _____
                                        FOREPERSON

    KENNETH A. BLANCO, Chief
    Narcotic and Dangerous Drug Section
    Criminal Division
    U.S. Department of Justice
    Washington, D.C. 20530

By:  _____
    Lawrence Schneider
    Trial Attorney
    Narcotic and Dangerous Drug Section
    Criminal Division
    U.S. Department of Justice
    Washington, D.C. 20530
    (202) 616-4940