12a1vbenchwarrant.10.01.00
marco

#29468-016

# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 08-123 | MAGIS. NO: |
| v.<br><br>YAHYA ALI ZAITAR<br><br>FILED<br>AUG 1 8 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>DOB:            PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>YAHYA ALI ZAITAR #1<br>a/k/a YEHYA ALI DAOUD ZEITER<br>a/k/a ABU RABIH | |
| | DISTRICT OF ARREST | |
| WARRANT ISSUED ON THE BASIS OF: | | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO IMPORT 1 KILOGRAM OR MORE OF HEROIN INTO THE UNITED STATES;

AIDING AND ABETTING

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br><br>21 U.S.C. SEC. 963, 952, 959, 853, 960, and 970<br>18 U.S.C. SEC. 2 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED:<br>4/25/08 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>4/25/08 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>8/18/08<br>DATE EXECUTED | NAME AND TITLE OF ARRESTING OFFICER<br>per recording officer<br>Gerard Young, DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

T483030